STATE of Missouri, Respondent,

v.

Robert C. CAMPBELL, Appellant.

No. WD 75664.

Missouri Court of Appeals, Western District.

Nov. 12, 2013.

Todd T. Smith, Jefferson City, MO, for respondent.

Samuel E. Buffaloe, Columbia, MO, for appellant.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, KAREN KING MITCHELL, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Robert Campbell was convicted by a Cass County jury of felony driving while intoxicated. Campbell was found to be an aggravated offender and the trial court sentenced him to seven years in prison,

then suspended the execution of that sentence and placed Campbell on five years of supervised probation with sixty days of "shock incarceration." On appeal, Campbell argues that the trial court erred in denying his motion to suppress and overruling his objections at trial because the officer who pulled him over did not have sufficient reasonable suspicion for the stop. We affirm. Rule 30.25(b). A memorandum explaining our decision has been provided to the parties.